# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **BERT JOHN ALLEN, III,** | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | **CIVIL NO. 2:15-CV-437-DBH** |
| | ) | |
| **UNITED STATES ATTORNEY** | ) | |
| **GENERAL, ET AL.,** | ) | |
| | ) | |
| **DEFENDANTS** | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On May 16, 2016, the United States Magistrate Judge filed with the court, with copies to the parties, his Order Granting Leave to Proceed In Forma Pauperis, Ruling on Certain Pending Motions, and Recommending Dismissal of the Case in its Entirety.  The plaintiff filed an objection to the Recommended Decision on June 2. 2016.  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**.  The plaintiff's application to proceed *in forma pauperis* is **GRANTED**.  The United States Attorney General's motion for screening (ECF No.

22) is **GRANTED**.   The plaintiff's complaint is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.   The plaintiff's remaining pending motions (ECF Nos. 3, 4, 10, 11, 12, 13, 19, 24, 25, 30, 33, 34, 35, 41, and 42) are **MOOT**.   The Maine Attorney General's motion to dismiss (ECF No. 5) is **MOOT**.

**SO ORDERED.**

**DATED THIS 28TH  DAY OF JUNE, 2016**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

2